IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Paula L. Krumpack-Ivkovich, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv255 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 8, 2017 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 22, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the Commissioner's motion to remand (Doc. 14) is GRANTED. The ALJ's decision denying plaintiff's applications for disability benefits is REVERSED.

This matter is REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

               ___s/Susan J. Dlott_____
               Judge Susan J. Dlott
               United States District Court